**DONALD W. COOK**, SBN 116666
ATTORNEY AT LAW
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
(213) 252-9444 / (213) 252-0091 facsimile
E-mail: manncook@earthlink.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN FRANCISCO MARTINEZ, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF STOCKTON; COUNTY OF SAN JOAQUIN; SAN JOAQUIN COUNTY SHERIFF'S DEPARTMENT; and DOES 1-10, both their individual & official capacities, <br><br> Defendants. | Case No. 2:18-cv-00964-TLN-AC <br><br> **PROTECTIVE ORDER RE PRODUCTION PURSUANT TO SUBPOENA DUCES TECUM ISSUED 10/15/18** |

Upon the stipulation filed by Plaintiff and non-party California Department of Justice and good cause appearing therefor, the California Department of Justice shall produce the items sought by subpoena duces tecum issued October 15, 2018 (production date 11/5/18) and issued by Plaintiff's counsel), *except that* the production shall be subject to a protective order under the following terms:

1.      To the extent subpoenaed items pertain to an individual who is NOT the Plaintiff, the items may only be disclosed to the Court hearing this matter, the parties' attorneys, investigators and/or consultants or experts, and representatives, in this lawsuit, for defendant the City of Stockton. The items,

DONALD W. COOK,
Attorney at Law
3435 Wilshire Blvd., Ste. 2910
Los Angeles, CA 90010
(213) 252-9444

Protective Order Re Production Pursuant to Subpoena
duces tecum (Case No. 2:18-cv-00964-TLN-AC)

1

mart0964.18.stip PO.knn.docx

however, shall not be disclosed to Plaintiff (unless the item(s) pertain(s) to Plaintiff and not another individual);

2.     If any party wishes to disclose the subpoenaed items, or any portion thereof to any person other than those listed in Paragraph 1, that party shall give written notice by mail and email to counsel for the California Department of Justice so that the Department can make a motion to prevent the disclosure. The notice shall inform the Department to whom disclosure is requested and the purpose thereof. The party wishing to disclose the information will not to do so unless and until agreement with the Department is reached, or the Department's motion is ruled on by the court.  If, however, the Department, does not file its motion within two weeks of the notice, the party wishing to disclose the information may deem the issue to have been abandoned.

3.     This Order makes no finding of the relevancy, if any, of the subpoenaed items to the proof of claims and/or defenses asserted by any party in this case.

DATED: November 7, 2018

_Allison Claire_

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

DONALD W. COOK.
Attorney at Law
3435 Wilshire Blvd., Ste. 2910
Los Angeles, CA 90010
(213) 252-9444

Protective Order Re Production Pursuant to Subpoena
duces tecum (Case No. 2:18-cv-00964-TLN-AC)

2

mart0964.18.stip PO.knn.docx