**DONALD W. COOK**, SBN 116666
ATTORNEY AT LAW
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
(213) 252-9444 / (213) 252-0091 facsimile
E-mail: manncook@earthlink.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN FRANCISCO MARTINEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; CITY OF STOCKTON; STOCKTON POLICE DEPARTMENT; COUNTY OF SAN JOAQUIN; SAN JOAQUIN COUNTY SHERIFF'S DEPARTMENT; and DOES 1-10, both their individual & official capacities,<br><br>Defendants. | Case No. 2:18-cv-00964-TLN-AC<br><br>**NOTICE OF PENDING SUIT AS FICTITIOUSLY NAMED DEFENDANT, DOE 3 (RONALD ZALUNARDO)** |

TO STOCKTON POLICE OFFICER RONALD ZALUNARDO (#2172):

PLEASE TAKE NOTICE that you have been sued as Defendant DOE 3 in the above entitled action.

DATED: April 24, 2019

**DONALD W. COOK**
Attorney for Plaintiff

By_____
Donald W. Cook

-1-

00131254.WPD