# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN FRANCISCO MARTINEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF STOCKTON; COUNTY OF SAN JOAQUIN; SAN JOAQUIN COUNTY SHERIFF'S DEPARTMENT; and DOES 1-10, both their individual & official capacities,,<br><br>Defendants. | Case No. 2:18-cv-00964-TLN-AC<br><br>**ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME FOR RESPONDENTS RONALD ZALUNARDO AND ERIC JACKMAN TO RESPOND TO COMPLAINT** |

After reading and considering the parties joint stipulation for an order extending the time for defendants Ronald Zalunardo and Eric Jackman to respond to plaintiff's complaint, and good cause having been shown,

IT IS HEREBY FOUND THAT:

1. Defendants Zalunardo and Jackman shall have 20 days after the operative pleading is determined to file their responsive pleading.

IT IS SO ORDERED.

Dated: June 24, 2019

Troy L. Nunley
United States District Judge